# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE RODRIGUEZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICANWEST BANK,<br><br>Defendant. | Case No. CV 15-5831 MRW<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, judgment is hereby entered in favor of Defendant AmericanWest Bank and against Plaintiffs Rodriguez and Sangeladji on all claims.

Dated: September 20, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE